## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States v. Skrobot

Case Number: 08 CR 107-5

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hattie Books

F I L E D
2-14-08
FEB 14 2008

MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) PAUL M. BRAYMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul M. Brayman | |
| FIRM | |
| STREET ADDRESS 727 S. Dearborn Street, Suite 712 | |
| CITY/STATE/ZIP Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0285579 | TELEPHONE NUMBER 312.427.9766 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒