## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) No. 08 CR 107-7 |
| | ) Hon. Elaine E. Bucklo |
| JONATHAN MARCHETTI, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To: Lisa Noller
Megan Cunniff Church
Assistant United States Attorneys
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604

Paul M. Brayman
727 S. Dearborn St. Ste. 712
Chicago, IL 60605
(312) 427-9766

Lawrence S. Beaumont
53 West Jackson Blvd.
Room 625
Chicago, IL 60604
(312) 765-6000

Clarence Lewis Burch
Burch & Associates
1430 North Western Avenue
Chicago, IL 60622
(773) 235-6565

Terence H. Campbell
Cotsirilos, Tighe & Streicker
33 North Dearborn Street
Suite 600
Chicago, IL 60602
(312) 263-0345

Clarke Patrick Devereux
Law Office of Clarke Patrick Devereux
53 West Jackson Boulevard
Suite 615
Chicago, IL 60604
(312) 981-0133

Ralph Joseph Schindler, Jr.
Rebekah F. Dezso
Robert W. Gray
Joshua Michael Smith
Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Blvd.
Suite 818

Ellen R. Domph
Law Offices of Ellen R. Domph
53 W. Jackson Blvd.
Suite 1544
Chicago, IL 60604
(312)922-2525

Chicago, IL 60604
(312) 554-1040

Thomas A. Gibbons
Kreiter & Gibbons & Associates
70 West Hubbard
Suite 302
Chicago, IL 60610
(312) 222-0001

J. Clifford Greene, Jr.
Law Office of J. Clifford Greene, Jr.
53 W. Jackson Blvd
Suite 1304
Chicago, IL 60604
(312) 424-4002

Helen Joong Kim
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300

Robert Allen Korenkiewicz
Law Offices of Robert A. Korenkiewicz
20 North Clark Street
Suite 1200
Chicago, IL 60602
(312) 368-8283

James Arthur McGurk
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603
(312) 236-8900

Lewis Myers, Jr.
The Law Offices of Lewis Myers Jr.
25 E. Washington St.
Suite 1225
Chicago, IL 60602
(312) 236-8004

Michael John Petro
53 West Jackson Boulevard
Suite 324
Chicago, IL 60604
(312)913-1111

Gal Pissetzky
Pissetzky, Berliner & Zhitnitsky
53 West Jackson Boulevard, Ste. 1403
Chicago, IL 60604
(312) 566-9900

Kaaren M. Plant
Attorney at Law
53 West Jackson Boulevard
Suite 703
Chicago, IL 60604
(312) 235-0360

Robert Andrew Willis
Childs, Willis & Associates
400 West 76th Street
Suite 201
Chicago, IL 606020
(773) 783-3200

Heather Lynn Winslow
Attorney at Law
53 West Jackson Blvd.
Suite 926
Chicago, IL 60604
(312) 322-0017

      PLEASE TAKE NOTICE that on May 9, 2008, we will appear before Honorable Elaine E. Bucklo at 10:00 A.M. at her courtroom in the Northern District of Illinois and then in there present the defendants agreed Motion to Allow Defendant to Travel Outside the Northern District of Illinois.

      /s/ Jacqueline S. Jacobson
Jacqueline S. Jacobson
MONICO, PAVICH & SPEVACK
20 S. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500

## PROOF OF SERVICE

      Jacqueline Jacobson, an attorney for Mr. Marchetti, states that she caused copies of Jonathan Marchetti's Motion to Allow Defendant to Travel Outside the Northern District of Illinois to be delivered to the parties above through the ECF electronic filing system.

      /s/ Jacqueline S. Jacobson
Jacqueline S. Jacobson
MONICO, PAVICH & SPEVACK
20 S. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500